Case 3:08-cv-00528-WQH-POR   Document 2   Filed 03/21/2008   Page 1 of 3

Siobhan A. Cullen (SB No. 179838)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301
siobhan.cullen@dbr.com

*Of Counsel:*
Gregg W. Mackuse
Heather C. Giordanella
Katherine L. Villanueva
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 988-2700

Attorneys for Defendants
ALL STAFFING, INC. AND
ANGELA COSTELLO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRADA FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ALL STAFFING, INC., ANGELA COSTELLO, and DOES 1-50,<br><br>    Defendants. | CERTIFICATE OF SERVICE<br><br>'08 CV 0528 WQH POR |

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles

LA\105953\v1

1

## CERTIFICATE OF SERVICE BY MAIL

STATE OF CALIFORNIA   )
                      ) ss.:
COUNTY OF SAN DIEGO   )

*Dalrada Financial Corporation v. All Staffing, Inc., Angela Costello*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 2050, San Diego, CA 92101.

On March 21, 2008, I served on interested parties in said action the within:

1. **Notice of Removal**

2. **Civil Case Cover Sheet**

3. **Corporate Disclosure Statement**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on March 21, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Brooke Freitas | *Brooke Freitas* |
|---|---|
| (Type or print name) | (Signature) |

**SERVICE LIST**

*Dalrada Financial Corporation v. All Staffing, Inc., Angela Costello*

John A. Mayers
Tina M. Pivonka
Hannah L. Fabrikant
MULVANEY, KAHAN & BARRY, LLP
401 West A Street, 17th Floor
San Diego, CA 92101-7994

*Attorneys for Plaintiff*