Via Fax

1  Siobhan A. Cullen (SB No. 179838)
   DRINKER BIDDLE & REATH LLP
2  333 South Grand Avenue, Suite 1700
   Los Angeles, CA 90071-1504
3  Telephone: (213) 253-2300
   Facsimile:  (213) 253-2301
4  siobhan.cullen@dbr.com

5  *Of Counsel:*
   Gregg W. Mackuse
6  Heather C. Giordanella
   Katherine L. Villanueva
7  DRINKER BIDDLE & REATH LLP
   One Logan Square
8  18th & Cherry Streets
   Philadelphia, PA  19103
9  (215) 988-2700

10  Attorneys for Defendants
    ALL STAFFING, INC. AND
11  ANGELA COSTELLO

FILED

'08 MAR 21  PM 12: 25

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.         CP              DEPUTY

12              **UNITED STATES DISTRICT COURT**

13              **SOUTHERN DISTRICT OF CALIFORNIA**

14

15  DALRADA FINANCIAL                    )  **CORPORATE DISCLOSURE**
16  CORPORATION,                         )  **STATEMENT**
                                         )
17         Plaintiff,                    )  **'08 CV 0528 WQH POR**
                                         )
18      vs.                              )
                                         )
19  ALL STAFFING, INC., ANGELA           )
    COSTELLO, and DOES 1-50,             )
20                                       )
          Defendants.                    )
21  _____  )

22          <u>**CORPORATE DISCLOSURE STATEMENT**</u>

23

24       In accordance with Federal Rule of Civil Procedure 7.1, Defendant All Staffing,

25  Inc. ("All Staffing"), by and through its undersigned counsel, Drinker Biddle & Reath

26  LLP, hereby discloses that Fenix Capital, LLC is a parent of All Staffing that may have a

27  financial interest in the outcome of this litigation.  Fenix Capital, LLC is not publicly-

28  owned.

Respectfully submitted.

DATED:  March 21, 2008

DRINKER BIDDLE & REATH LLP

By: *Siobhan A. Cullen*

Siobhan A. Cullen

Attorney for Defendants All Staffing, Inc.
and Angela Costello

*Of Counsel*
Gregg W. Mackuse
Heather C. Giordanella
Katherine L. Villanueva
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103
(215) 988-2700

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA\105953\v1

2

CORPORATE DISCLOSURE STATEMENT