Siobhan A. Cullen (SB No. 179838)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile:  (213) 253-2301
siobhan.cullen@dbr.com

*Of Counsel:*
Gregg W. Mackuse
Heather C. Giordanella
Katherine L. Villanueva
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103
(215) 988-2700

Attorneys for Defendants
ALL STAFFING, INC. AND
ANGELA COSTELLO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRADA FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ALL STAFFING, INC., ANGELA COSTELLO, and DOES 1-50,<br><br>Defendants. | **Case No. 08-CV-0528 WQH POR**<br>**Assigned to Judge William Q. Hayes**<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>Hearing Date:  May 12, 2008<br>Hearing Time:  11:00 a.m.<br><br>**[MEMORANDUM OF POINTS AND AUTHORITIES FILED CONCURRENTLY HEREWITH]**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

PLEASE TAKE NOTICE that on May 12, 2008 at 11:00 a.m. in Courtroom 4 of the United States District Court for the Southern District of California, Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego, CA 92101-8900, Defendants All Staffing, Inc. and Angela Costello (collectively, "All Staffing") shall and hereby do move

1  the Court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(7),
2  absent joinder of necessary and indispensable party, Mercer Ventures, Inc.  The Motion is
3  based upon this Notice of Motion, the attached Memorandum of Points and Authorities,
4  the exhibits thereto, the Proposed Order granting this Motion, all the pleadings, records,
5  and files in this action, matters of which the Court may take judicial notice, and any other
6  evidence that may be presented at any hearing on this Motion.

7  Respectfully submitted.

DATED:  March 28, 2008							DRINKER BIDDLE & REATH LLP

							By: *Siobhan A. Cullen* (signature)
							Siobhan A. Cullen

							Attorney for Defendants All Staffing, Inc.
							and Angela Costello

							*Of Counsel*
							Gregg W. Mackuse
							Heather C. Giordanella
							Katherine L. Villanueva
							DRINKER BIDDLE & REATH LLP
							One Logan Square
							18th & Cherry Streets
							Philadelphia, PA  19103
							(215) 988-2700

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles

LA\106171\v1

2

Case No. 08-CV-0528 WQH POR
NOTICE OF MOTION TO DISMISS

| | |
|---|---|
| 1 | and now, this blank day of 2008, defendants' motion to dismissXXX is hereby granted and the above captioned action is dismissed. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |