```
1  Charles A. Reid (SB No. 221306)
   Siobhan A. Cullen (SB No. 179838)
2  DRINKER BIDDLE & REATH LLP
   333 South Grand Avenue, Suite 1700
3  Los Angeles, CA 90071-1504
   Telephone: (213) 253-2300
4  Facsimile:  (213) 253-2301
   charles.reid@dbr.com
5  siobhan.cullen@dbr.com

6  Of Counsel:
   Gregg W. Mackuse
7  Heather C. Giordanella
   Katherine L. Villanueva
8  DRINKER BIDDLE & REATH LLP
   One Logan Square
9  18th & Cherry Streets
   Philadelphia, PA  19103
10 (215) 988-2700

11 Attorneys for Defendants
   ALL STAFFING, INC. AND
12 ANGELA COSTELLO
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRADA FINANCIAL CORPORATION,<br><br>          Plaintiff,<br><br>    vs.<br><br>ALL STAFFING, INC., ANGELA COSTELLO, and DOES 1-50,<br><br>          Defendants. | Case No. 08-CV-0528 H (POR)<br><br>**NOTICE OF APPEARANCE** |

Defendants All Staffing, Inc. and Angela Costello hereby file this notice of appearance for their counsel, Drinker Biddle & Reath LLP. All further documents related to this case should be served on and emailed to Drinker Biddle & Reath as follows:

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA\106339\v1                                1                          Case No. 08-CV-0528 WQH POR
                                                                       NOTICE OF APPEARANCE

| | |
|---|---|
| 1 | Charles A. Reid, Esq. (Bar No. 221306) |
| 2 | Siobhan A. Cullen, Esq. (Bar No. 179838) |
|   | DRINKER BIDDLE & REATH LLP |
| 3 | 333 South Grand Avenue, Suite 1700 |
|   | Los Angeles, CA 90071-1504 |
| 4 | Telephone: (213) 253-2300 |
|   | Facsimile: (213) 253-2301 |
| 5 | charles.reid@dbr.com |
| 6 | siobhan.cullen@dbr.com |

7  DATED: April 7, 2008                    DRINKER BIDDLE & REATH LLP

8                                          By: /s/ Siobhan A. Cullen
9                                          Charles A. Reid
                                           Siobhan A. Cullen
10
                                           Attorney for Defendants All Staffing, Inc.
11                                         and Angela Costello

12                                         *Of Counsel*
                                           Gregg W. Mackuse
13                                         Heather C. Giordanella
                                           Katherine L. Villanueva
14                                         DRINKER BIDDLE & REATH LLP
                                           One Logan Square
15                                         18th & Cherry Streets
                                           Philadelphia, PA 19103
16                                         (215) 988-2700

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles

LA\106339\v1

2

Case No. 08-CV-0528 WQH POR
NOTICE OF APPEARANCE