Charles A. Reid (SB No. 221306)
Siobhan A. Cullen (SB No. 179838)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile:  (213) 253-2301
charles.reid@dbr.com
siobhan.cullen@dbr.com

*Of Counsel:*
Gregg W. Mackuse
Heather C. Giordanella
Katherine L. Villanueva
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103
(215) 988-2700

Attorneys for Defendants
ALL STAFFING, INC. AND
ANGELA COSTELLO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRADA FINANCIAL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ALL STAFFING, INC., ANGELA COSTELLO, and DOES 1-50,<br><br>    Defendants. | Case No. 08-CV-0528 H (POR)<br><br>**CERTIFICATE OF SERVICE** |

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles

LA\106339\v1

1

Case No. 08-CV-0528 W (POR)
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE BY MAIL

STATE OF CALIFORNIA   )
                     ) ss.:
COUNTY OF SAN DIEGO  )

*Dalrada Financial Corporation v. All Staffing, Inc., Angela Costello*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 2050, San Diego, CA 92101.

On April 7, 2008, I served on interested parties in said action the within:

   1.   **NOTICE OF APPEARANCE**

by placing a true copy thereof in sealed envelope(s) addressed as stated below:

John A. Mayers
Tina M. Pivonka
Hannah L. Fabrikant
MULVANEY, KAHAN & BARRY, LLP
401 West A Street, 17th Floor
San Diego, CA 92101-7994
*Attorneys for Plaintiff*

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on April 7, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____Brooke Freitas_____          _____*Brooke Freitas*_____
   (Type or print name)                    (Signature)

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA\106339\v1

2

Case No. 08-CV-0528 W (POR)
CERTIFICATE OF SERVICE