**PROOF OF SERVICE**

I, STEPHANIE C. SANDBECK declare as follows:

1. I am employed in the County of San Diego, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 401 West A Street, 17th Floor, San Diego, California 92101.

2. On April 28, 2008, I served a copy of the following document(s):

***MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS***

on all interested parties to this action as follows: **See Attached Service List.**

☒ **(BY MAIL)** I caused copies of such document(s), enclosed in sealed envelopes, and addressed to the parties on the attached mailing list to be deposited in the mail at San Diego, California, with postage thereon fully prepaid to the persons at the addresses indicated on the attached list. I am "readily familiar" with the practices of Mulvaney, Kahan & Barry, LLP, for collection and processing of document(s) for mailing with the United States Postal Service. Such document(s) is/are deposited with the United States Postal Service in the same day in the ordinary course of business.

☐ **(BY FACSIMILE)** I served the foregoing document(s) by faxing true copies thereof to the facsimile numbers listed by the names of the parties served on the attached mailing list. The facsimile machine I used, with telephone number 619-238-1981, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

☐ **(BY OVERNIGHT MAIL)** I caused such document(s) to be delivered to the respective addressee(s) on the attached mailing list by Federal Express or by another next day service carrier, by placing the document(s) in an envelope designated by the carrier, with the delivery fees provided for, and depositing same in a box or facility regularly maintained by that carrier or by delivering same to an authorized courier or driver authorized by the carrier to receive documents.

☐ **(BY PERSONAL SERVICE)** I delivered such document(s) by hand to the following person at the address indicated below at approximately _____.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that I am employed in the offices of a member of this court, at whose direction service was made.

Executed this 28th day of April 2008, at San Diego, California.

_____
STEPHANIE C. SANDBECK

1
PROOF OF SERVICE

**SERVICE LIST**

Siobhan A Cullen
Charles A Reid, III
Drinker Biddle and Reath
333 South Grand Avenue
Suite 1700
Los Angeles, CA 90071-1504
(213)253-2300
(213) 253-2301 (fax)
siobhan.cullen@dbr.com
charles.reid@dbr.com
*Attorneys for All Staffing, Inc. and Angela Costello*