1  Charles A. Reid (SB No. 221306)
   Siobhan A. Cullen (SB No. 179838)
2  DRINKER BIDDLE & REATH LLP
   333 South Grand Avenue, Suite 1700
3  Los Angeles, CA  90071-1504
   Tel:  (213) 253-2300
4  Fax:  (213) 252-2301
   charles.reid@dbr.com
5  siobhan.cullen@dbr.com

6  *Of Counsel:*
   Gregg W. Mackuse
7  Heather C. Giordanella
   William L. Carr
8  DRINKER BIDDLE & REATH LLP
   One Logan Square
9  18th & Cherry Streets
   Philadelphia, PA  19103
10 Tel:  (215) 988-2700
   Fax:  (215) 988-2757
11
12 Attorneys for Defendant All Staffing, Inc. and Angela Costello

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRADA FINANCIAL CORPORATION, | Case No. 08-CV-0528 WQH POR |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| ALL STAFFING, INC., ANGELA COSTELLO, AND DOES 1-50, | |
| Defendants. | |

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA01/ 297857.1

Case No. 08-CV-0528 WQH POR
CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF SAN DIEGO     )

*Dalrada Financial Corporation v. All Staffing, Inc., Angela Costello and Does 1-50*

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 2050, San Diego, CA 92101.

On July 28, 2008, I served on interested parties in said action the within:

1. **Answer and Affirmative Defenses of All Staffing, Inc. and Angela Costello**

by placing a true copy thereof in sealed envelope(s) addressed as stated below:

John A. Mayers
Tina M. Pivonka
Hannah L. Fabrikant
MULVANEY, KAHAN & BARRY, LLP
401 West A Street, 17th Floor
San Diego, CA 92101-7994
*Attorneys for Plaintiff*

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on July 28, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Brooke E. Freitas                          (Signature)
(Type or print name)

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

- 2 -
LA01/297857.1

Case No. 08-CV-0528 WQH POR
CERTIFICATE OF SERVICE