1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10   DALRADA FINANCIAL CORPORATION,          |  Civil No.    08-cv-0528-WQH (POR)

11                                Plaintiff,  |  **ORDER FOLLOWING EARLY**
                                              |  **NEUTRAL EVALUATION**
12                  v.                        |  **CONFERENCE AND CONFIRMING**
                                              |  **SETTLEMENT CONFERENCE**
13   ALL STAFFING, INC.; ANGELA
     COSTELLO; DOES 1-50,

14                               Defendants.

15

16          On August 27, 2008, the Court held an Early Neutral Evaluation.  Appearing before the

17   Court were Charles Reid, Esq., counsel for Plaintiff; and John Mayers, Esq., counsel for Defendants.

18   Counsel represent that the parties are engaged in settlement discussions.  The Court finds good cause

19   to delay the issuance of Rule 26 dates at this time.  The Court hereby confirms a Settlement

20   Conference shall be held on **September 24, 2008** at **10:00 a.m.** in  Judge Porter's Chambers, First

21   Floor, 940 Front Street, San Diego, California.  All counsel, all parties, and any other person(s)

22   whose authority is required to negotiate and enter into settlement shall appear in person at the

23   conference.   If the case does not settle at the Settlement Conference, Rule 26 dates shall issue

24   thereafter.

25          IT IS SO ORDERED.

26   DATED:  September 4, 2008

27                                             _____

28                                             LOUISA S PORTER
                                               United States Magistrate Judge