UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRADA FINANCIAL CORPORATION,<br><br>                                  Plaintiff,<br><br>            v.<br><br>ALL STAFFING, INC.; ANGELA COSTELLO; DOES 1-50,<br><br>                                  Defendants. | Civil No.   08-cv-0528-WQH (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for all parties contacted the Court on September 22, 2008, and represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

1. The Settlement Conference scheduled for September 24, 2008 at 10:00 a.m. is VACATED.

2. A Joint Motion for Dismissal shall be submitted to the Honorable William Q. Hayes on or before **October 6, 2008.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter.  The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before October 6, 2008, then a Settlement Disposition Conference shall be held on **October 7, 2008,** at **9:30 a.m.** before Judge Porter.  The conference shall be <u>telephonic</u> with <u>attorneys only</u>.  Plaintiff's counsel shall arrange and initiate the conference call.

//

3. If a Joint Motion for Dismissal is received on or before October 6, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: September 24, 2008

*Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable William Q. Hayes
All parties

- 2 -

08cv528